# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRITTANY COLEMAN

NO. 2023 KW 0807

SEPTEMBER 25, 2023

---

In Re:    Brittany Coleman, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 744705.

---

BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the guilty plea and sentencing transcript(s), the bill of information, the uniform commitment order, pertinent district court minutes, and any other portion of the district court record that might support the claim raised in the motion to correct an illegal sentence. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, she may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling. Furthermore, to the extent that relator seeks compensation for medical necessities and pain and suffering due to her false imprisonment, she must institute civil proceedings in the appropriate district court.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT